SE PROPERTY HOLDINGS, LLC,

      Appellant,

v.

BLUE MOUNTAIN BEACH MASTER OWNERS ASSOCIATION, INC., A FLORIDA CORPORATION, AND BLUE MOUNTAIN BEACH CONDOMINIUM ASSOCIATION, INC. A FLORIDA CORPORATION,

      Appellees.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2434

Opinion filed December 6, 2016.

An appeal from the Circuit Court for Walton County.
Thomas R. Santurri, Judge.

Richard M. Gaal of McDowell Knight Roedder & Sledge, Mobile, AL, for Appellant.

William J. Dunaway, Robert J. Powell, William D. Stokes, and Clark Partington, Pensacola, for Appellees.

PER CURIAM.

AFFIRMED.

LEWIS, WETHERELL, and JAY, JJ., CONCUR.